CLARA GABRIEL, Appellant, v. WELLS & NEWTON COMPANY OF NEW YORK, Respondent.— Order reversed, with costs, and motion granted on

the ground of the inadequacy of the verdict.   Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.